# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DANIEL J. SOLOMON,

        Defendant.

Case No. 2:11-cr-00383-LDG-PAL

**ORDER**

(Mtn to Withdraw - Dkt. #23)

This matter is before the court on the Motion to Withdraw (Dkt. #23). Mary Ann McCarthy seeks leave to withdraw as counsel of record for the United States of America. Ms. McCarthy was trial counsel for the government in this case, and on November 7, 2011, Defendant Daniel J. Solomon pled guilty the Criminal Information (Dkt. #3). Sentencing is currently set for October 7, 2013. On March 8, 2013 the United States filed a Notice of Appearance (Dkt #24) indicating Kathleen McGovern, Chief Deputy of the US Department of Justice Criminal Fraud Section was appearing as attorney of record in this case.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (Dkt. #40) is GRANTED.
2. Mary Ann McCarthy is relieved as counsel of record in this case, and the Clerk of the Court shall remove her from the electronic service list in this matter.

Dated this 24th day of May, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE